Same case below, 413 Fed. Appx. 664.

**No. 11-586. Lennon Anderson, Petitioner v. Vanguard Car Rental USA Inc.**

565 U.S. 1114, 132 S. Ct. 1037, 181 L. Ed. 2d 740, 2012 U.S. LEXIS 122, 

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 427 Fed. Appx. 861.

**No. 11-602. Miguel Angel Sanchez Osorio, Petitioner v. Dow Chemical Company, et al.**

565 U.S. 1114, 132 S. Ct. 1045, 181 L. Ed. 2d 740, 2012 U.S. LEXIS 222.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 635 F.3d 1277.

**No. 11-589. James R. Fisher, et al., Petitioners v. United States District Court for the Northern District of Texas.**

565 U.S. 1114, 132 S. Ct. 1075, 181 L. Ed. 2d 740, 2012 U.S. LEXIS 346.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 640 F.3d 645.

**No. 11-612. Jeanette Jackson, Petitioner v. United Parcel Service, Inc.**

565 U.S. 1114, 132 S. Ct. 1075, 181 L. Ed. 2d 740, 2012 U.S. LEXIS 238.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 643 F.3d 1081.

**No. 11-594. Mary Ellen Rooters, Petitioner v. State Farm Lloyds.**

565 U.S. 1114, 132 S. Ct. 1039, 181 L. Ed. 2d 740, 2012 U.S. LEXIS 393.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 428 Fed. Appx. 441.

**No. 11-623. Steven Fishman, Petitioner v. United States.**

565 U.S. 1115, 132 S. Ct. 1046, 181 L. Ed. 2d 740, 2012 U.S. LEXIS 372.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 645 F.3d 1175.

**No. 11-601. Isaac Woods and Regina Woods, Petitioners v. United States.**

565 U.S. 1114, 132 S. Ct. 1044, 181 L. Ed. 2d 740, 2012 U.S. LEXIS 246.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 11-629. Herman S. Ransom, Petitioner v. United States.**

565 U.S. 1115, 132 S. Ct. 1046, 181 L. Ed. 2d 740, 2012 U.S. LEXIS 221.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.